AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MUSTAFA BROWN**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 9, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock 9mm semi-automatic pistol and 9mm ammunition.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER ALBERT MILLER**, and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER ALBERT MILLER**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                              City and State

_____        _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

## STATEMENT OF FACTS

      On Tuesday, January 9, 2007, at about 9:15 p.m., sworn officers with the Metropolitan Police Department's Fifth District were in 2100 block of H Street, N.E., Washington, D.C. when they saw the defendant, Mustafa Brown, sitting in front of xxxx X Xxxxxx, X.X. When officers approached the defendant, the defendant placed a green glass bottle on the ground. The bottle contained beer. Officers placed the defendant under arrest. A search of the defendant revealed a loaded Glock 9mm semi-automatic pistol in the defendant's front waistband area. To the best of the undersigned officer's knowledge, the defendant, Mustafa Brown has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 09-299. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Glock 9mm pistols nor ammunition manufactured in the District of Columbia.

                                                  OFFICER ALBERT MILLER
                                                  FIFTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF JANUARY, 2007.

                                                  U.S. MAGISTRATE JUDGE