UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-032 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **MUSTAFA BROWN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Hart-Edwards at telephone number (202) 307-0031 and/or email address Angela.Hart-Edwards@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

Angela Hart-Edwards, #PA-61468
Assistant United States Attorney
555 4th Street, NW, Room 4241
Washington, DC 20530
(202) 307-0031