**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-32 (EGS) |
| | ) | |
| MUSTAFA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

It is by the Court hereby **ORDERED** that the United States Marshals shall bring defendant to Court for a hearing before Magistrate Judge John Facciola **FORTHWITH**; and it is

**FURTHER ORDERED** that the hearing shall be scheduled by separate order for this afternoon.

**SO ORDERED.**


Signed:    **Emmet G. Sullivan
United States District Judge
June 19, 2007**